UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Brenda Salcedo, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Todd J. Uecker, et al.,<br><br>　　　　　　Defendants. | Court File No.<br><br>**NOTICE OF REMOVAL<br>OF CIVIL ACTION PURSUANT<br>TO 28 U.S.C. § 1441 (a) & (c)** |

To:　The Clerk of the United States District Court for the District of Minnesota, United States Courthouse, 316 North Robert Street, St. Paul, MN 55101; Brenda Salcedo, Dennis M. Novack and Janet C. Novack, by and through counsel, Zachary Crosby, For You Law PLC, 1528 Huron Street, St. Paul, MN 55108 and Lawrence H. Crosby, Crosby & Associates, P.A., 2416 Como Avenue, St. Paul, MN 55108; Co-Defendant AlexSoft, LLC., by and through counsel, Christopher P. Renz and Philip J. Krzeski, Chestnut Cambronne PA, 100 Washington Ave. S., Suite 1700, Minneapolis, MN 55401; and Co-Defendants Jim Schowalter, Wayne Anderson and Nathan Bissonette, by and through counsel, Oliver J. Larson and William Mattessich, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 900, St. Paul, MN 55101-2131.

The Removing Parties, Ramsey County Registrar of Titles Todd J. Uecker and former Ramsey County Registrar of Titles Susan R. Roth, both in their official and individual capacities, and Ramsey County respectfully notify this Court through undersigned counsel that:

1.　The Removing Parties are named Defendants in the above-entitled action.

2.　As set forth more fully below, all known Defendants to this action have consented to removal of the action to federal court.

3. The above-entitled action was initiated against Defendants in the District Court for the State of Minnesota, Second Judicial District Court File No. 62-CV-22-4159.

4. On July 22, 2022, Plaintiffs properly served Ramsey County Defendants Todd J. Uecker, and Susan R. Roth in their official capacities. Plaintiffs properly served Ramsey County on the same date, July 22, 2022. A copy of Plaintiffs' Summons and Complaint are attached hereto as Exhibit A.

5. A copy of all other pleadings and process filed and served in the State of Minnesota, Second Judicial District Court, are attached hereto as Exhibit B. An index of filings in the State of Minnesota, Second Judicial District Court, are attached hereto as Exhibit C.

6. On July 22, 2022, Plaintiffs properly served Ramsey County Defendant Susan R. Roth in her individual capacity, and she consents to removal of this action to federal court.

7. On July 22, 2022, Plaintiffs properly served Ramsey County Defendant Todd J. Uecker in his individual capacity, and he consents to removal of this action to federal court.

8. On July 25, 2022, Plaintiffs served Defendant Alexsoft, L.L.C., d/b/a West Central Indexing ("Alexsoft"), and Alexsoft consents to removal of this action to federal court.

9. Plaintiffs properly served Defendant Wayne D. Anderson, Ramsey County Examiner of Titles, in his official capacity on July 22, 2022. Plaintiffs properly served him in his individual capacity on July 24, 2022. He is currently jointly

represented by the Minnesota Attorney General's Office and the Ramsey County Attorney's Office. Through his counsel, he consents to removal of this action to federal court.

10. Plaintiffs properly served Defendant Nathan Bissonette, Ramsey County Deputy Examiner Titles, in his official capacity on July 22, 2022. Plaintiffs properly served him in his individual capacity on July 24, 2022. He is currently jointly represented by the Minnesota Attorney General's Office and the Ramsey County Attorney's Office. Through his counsel, he consents to removal of this action to federal court.

11. Defendant Jim Schowalter, the Minnesota Commissioner of Management and Budget, is represented by the Minnesota Attorney General's Office. Through his counsel, he has consented to removal of this action to federal court.

12. These Removing Defendants have not filed an Answer or other responsive pleading with the State of Minnesota, Second Judicial District. Defendants AlexSoft, LLC and Commissioner Schowalter have filed motions to dismiss in lieu of an answer. Defendants Anderson and Bissonette have not filed an answer or other responsive pleading. No proceedings have been had in the State of Minnesota, Second Judicial District Court.

13. These Removing Defendants, Plaintiffs, and Defendants Wayne D. Anderson, Nathan Bissonnette, and Jim Schowalter entered a stipulation regarding the summons and extending the time to answer to August 26, 2022. That stipulation was filed on August 10, 2022 with the State of Minnesota, Second Judicial District, and is attached hereto as Exhibit B.

14. Plaintiffs Brenda Salcedo, Dennis Novack and Janet C. Novack, allege that they are residents and citizens of the State of Minnesota. The properties that are the subject of the lawsuit are located in the State of Minnesota. These Removing Defendants conduct their business in the State of Minnesota.

15. The above-entitled action is a civil suit for damages and arises under the laws of the United States in that Plaintiffs allege Defendants have violated 42 U.S.C. § 3604 (Counts II-IV); 42 U.S.C. § 3617 (Count V); 42 U.S.C. § 3615 (Count VI); 42 U.S.C. § 1982 (Count VII); 42 U.S.C. § 2000d (Count VIII); and the Constitution of the United States (Count XIV); and that they have committed civil conspiracy, (Count XII), as is more fully set forth in the Complaint.

16. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §§ 1331 and 1343. Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 (a) and (c).

17. This Notice of Removal is being filed with this Court within thirty (30) days after service of the Summons and Complaint upon these Removing Defendants and the co-Defendants who consent removal.

WHEREFORE, the removing parties pray that the above-entitled action be removed from the Second Judicial District Court for the State of Minnesota to this Court.

Dated: August 19, 2022

JOHN J. CHOI
RAMSEY COUNTY ATTORNEY

By: /s/ Rebecca Krystosek
Rebecca Krystosek (#0399953)
Robert B. Roche (#0289589)
Assistant Ramsey County Attorneys

        121 Seventh Place East, Suite 4500
        St. Paul, MN 55101
        (651) 266-3128 (Krystosek)
        (651) 266-3230 (Roche)
        rebecca.krystosek@co.ramsey.mn.us
        robert.roche@co.ramsey.mn.us

        ***Attorney for Ramsey County Defendants***

5