# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| Brenda Salcedo, Dennis M. Novack, Janet C. Novack,<br><br>Plaintiffs,<br><br>v.<br><br>Todd J. Uecker, Wayne D. Anderson, Nathan Bissonette, Jane Doe, Susan R. Roth, Ramsey County, John Doe, John Doe Inc.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-2045 DWF/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Ramsey County Defendants' Motion for Judgment on the Pleadings (Doc. No. [99]) is

**GRANTED** and Plaintiffs' Complaint (Doc. No. [1-1]) is **DISMISSED WITH PREJUDICE**.


Date: 1/11/2024                                              KATE M. FOGARTY, CLERK